**Harold D. SAVITZ, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7367.

United States Court of Appeals, Federal Circuit.

July 26, 2004.

Kyle E. Chadwick, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Respondent–Appellee.

Daniel G. Krasnegor, Principal Attorney, Wright, Robinson, Washington, DC, for Claimant–Appellant.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

**Donatus N. OKOCHA, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 04–3361.

United States Court of Appeals, Federal Circuit.

Aug. 31, 2004.

David B. Stinson, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel Attorneys, Washington, DC, for Respondent.

Donatus N. Okocha, Chevy Chase, MD, pro se.

ON MOTION

*ORDER*

The court treats Donatus N. Okocha's August 4, 2004 submission as a motion to voluntarily dismiss this petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.